Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| Global Food Trading Corp. | |
|---|---|
| Plaintiff, | S U M M O N S   21-cv-00263 |
| v. | |
| UNITED STATES,  *et al*  Defendant. | |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | New York/Newark, NJ - 4601 | Date Protest Filed: | July 16, 2020 |
|---|---|---|---|
| Protest Number: | 460120118015 | Date Protest Denied: | December 2, 2020 |
| Importer: | Global Food Trading Corp. | | |
| Category of Merchandise: | Frozen Fish Fillets | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| H7701781707 | 08/06/2019 | 07/03/2020 | | | |
| H7701781715 | 08/06/2019 | 07/03/2020 | | | |
| | | | | | |
| | | | | | |

Port Director,
1100 Raymond Boulevard
Newark, New Jersey 07102

Address of Customs Port in
Which Protest was Denied

Don M. Obert, Esq.
The Obert Law Firm, P.L.L.C.
1206 Castle Hill Ave., Bronx, NY 10462
T: 646-546-51111; E: obert@obertlaw.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| 460120118015 Frozen Tilapia Fillets | 9903.88.03 0304.61.0000 | 25 Percent Free | 9903.88.43 0304.61.0000 | 0 Percent Free |
| 460120118016 Frozen Tilapia Fillets | 9903.88.03 0304.61.0000 | 10 Percent Free | 9903.88.43 0304.61.0000 | 0 Percent Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Liquidation of entries with improper HTSUS classification (9903.88.03) and assessment of 10% and 25% Section 301 Tariffs on imported merchadnsie at issue.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*

May 26, 2021
_____
*Date*

Form 1-3

| | SCHEDULE OF PROTESTS | | | | |
|---|---|---|---|---|---|

New York/Newark, NJ - 4601
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460120118016 | 07/16/2020 | 12/02/2020 | H7701746601 | 03/04/2019 | 01/31/2020 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)