UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| GLOBAL FOOD TRADING CORP., | : |
| | : |
| Plaintiff, | : |
| | : COURT NO. 21-cv-00263 |
| v. | : |
| | : |
| UNITED STATES, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: August 5, 2022

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Dated: August 5, 2022 | Dated: August 5, 2022 |
| By: /s/ Don M. Obert | BRIAN M. BOYNTON |
| Don M. Obert | Principal Deputy Assistant Attorney General |
| The Obert Law Firm, P.L.L.C. | |
| 1206 Castle Hill Avenue | PATRICIA M. McCARTHY |
| Bronx, New York 10462 | Director |
| T: 646-546-5111 | |
| *Attorney for Plaintiff* | By:   /s/ Justin R. Miller |
| | JUSTIN R. MILLER |
| | Attorney-In-Charge |
| | International Trade Field Office |
| | |
| | Brandon A. Kennedy |
| | BRANDON A. KENNEDY |
| | Trial Attorney |
| | Department of Justice, Civil Division |
| | Commercial Litigation Branch |
| | 26 Federal Plaza – Suite 346 |
| | New York, New York 10278 |
| | (212) 264-9237 |
| | *Attorneys for Defendant* |

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

                                                    Clerk, U. S. Court of International Trade

                                       By: _____ Deputy Clerk